**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CYNTHIA THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-12-0645-HE |
| | ) | |
| JOHN NANCE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff Cynthia Thompson, a state prisoner appearing *pro se*, brought this civil rights action under 42 U.S.C. § 1983. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred for initial proceedings to Magistrate Judge Bana Roberts. Judge Roberts recommended that the action be dismissed because plaintiff failed to comply with a court order requiring her to cure deficiencies in her application to proceed *in forma pauperis*.[1] Plaintiff has filed an objection stating that she attempted to comply with the order but has been unable to obtain the appropriate prison official(s)' signature on the required documentation. Under the circumstances existing here, the court concludes plaintiff should be given an additional opportunity to cure the deficiencies in her motion to proceed *in forma pauperis*. Plaintiff is **GRANTED** an extension until **September 15, 2012**, to do so. Absent receipt of the necessary documents by that date, the case will be dismissed.

---

[1] *Order to Cure Deficiency, June 12, 2012 [Doc. #6].*

**IT IS SO ORDERED**.

Dated this 22nd day of August, 2012.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE